UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ROBERT SNEED, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CAUSE NO: 3:16-CV-230-RLY-MPB |
| | ) |
| INDUSTRIAL | ) |
| CONTRACTORS SKANSKA, INC. | ) |
| | ) |
|     Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Robert Sneed, and Defendant, Industrial Contractors Skanska, Inc., have filed their *Joint Stipulation of Dismissal with Prejudice* seeking dismissal of this matter with prejudice. The Court has examined the Stipulation, been duly advised, and now finds that the matter should be dismissed.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. Each party shall bear its own costs.

So ORDERED this 13th day of July, 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.